**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6245**

---

JIMMY G. GILCHRIST, SR.,

Petitioner - Appellant,

versus

CALVIN ANTHONY, Warden, Lee Correctional In-
stitution; CHARLES M. CONDON, Attorney General
of the State of South Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Margaret B. Seymour, District Judge.
(CA-00-1811-6)

---

Submitted: April 6, 2001          Decided: April 26, 2001

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Jimmy G. Gilchrist, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimmy G. Gilchrist, Sr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Gilchrist v. Anthony, No CA-00-1811-6 (D.S.C. filed Jan. 25, 2001; entered Jan. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2